OREGON SHORT LINE AND UTAH NORTHERN RAILWAY COMPANY *v.* MULLAN. Error to the Supreme Court of the State of Oregon. No. 148. Argued with No. 147.

MR. JUSTICE SHIRAS: The facts of this case are similar to those of the case of *The Oregon Short Line and Northern Railway Company* v. *Jane Skottowe*, just decided, and for the reasons there given the judgment of the Supreme Court of Oregon is

*Affirmed.*

*Mr. John M. Thurston* for plaintiff in error. *Mr. John F. Dillon* was on his brief.

*Mr. Alfred S. Bennett* for defendant in error.